UNITED STATES DISTRICT COURT            MM9327
SOUTHERN DISTRICT OF NEW YORK

JEFFREY JEAN-PHILIPPE,

           Plaintiff,

       -against-                      **MOTION TO WITHDRAW AS COUNSEL**

THE CITY OF NEW YORK, P.O. CHRISTOPHER HEWITSON, and P.O. MICHAEL PALAM individually and in their Official Capacities,         15-CV-7266 (RMB)

           Defendants.

Pursuant to Local Civil Rule 1.4, Matthew Myers, Esq. moves this Court for an order granting permission to him to withdraw as Counsel to Plaintiff, Jeffrey Jean-Philippe.

Local Civil Rule 1.4, "Withdrawal or Displacement of Attorney of Record," provides as follows:

> An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the court and may not withdraw from a case without leave of court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar.

As discussed on the record, irreconcilable difference exist between the plaintiff and counsel which necessitate a change of counsel, or representation pro se; and withdrawal.

DATED:      New York, New York
               November 28, 2016

                                                         Respectfully submitted,

                                                         _____/s/_____
                                                         Matthew D. Myers (MM 9327)
                                                         Attorney for Plaintiff
                                                         299 Broadway, Suite 200
                                                         New York, New York 10007
                                                         (212) 986-5900