UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x

Jeffrey Jean-Phillippe,

                                   Plaintiff,

-against-

The City of New York, P.O. Christopher Hewitson, and P.O.
Michael Palam, individually and in their Official Capacities,

                                   Defendants.
--------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/17

**STIPULATION AND
ORDER OF DISMISSAL**

15-CV-7266 (RMB)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.     The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      4/17 , 2017

| | |
|---|---|
| Jeffrey Jean-Phillippe<br>*Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>  *Hewitson, and Palam*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>    Jeffrey Jean-Phillippe<br>    *Plaintiff* Pro Se | By: _____<br>    Elissa Jacobs<br>    *Senior Counsel* |

SO ORDERED:

_____
HON. RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

Dated: April 17, 2017

JS